# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 15, 2020

161268-9 & (54)(55)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VITA S. SHANNON,
      Plaintiff-Appellant,

v

ARON L. RALSTON,
      Defendant-Appellee.

SC:  161268-9
COA:  350094; 350110
Oakland CC Family Div:
  2017-852916-DC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 12, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2020



b0512

Clerk